IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

GARY K. TAKATA, Trustee of    )    CIVIL 14-00448 LEK-BMK
the Laura Ngit Chau Ung       )
Revocable Living Trust,       )
                              )
        Plaintiff,            )
                              )
    vs.                       )
                              )
GERTRUDE NGIT WUN UNG,        )
                              )
        Defendant.            )
_____)

**ORDER ADOPTING RECOMMENDATION TO DISTRICT COURT TO**
**WITHDRAW REFERENCE IN ORDER TO SCHEDULE AND CONDUCT JURY TRIAL**

On October 6, 2014, United States Bankruptcy Judge Robert J. Faris issued a Recommendation to District Court to Withdraw Reference to Conduct Jury Trial ("Recommendation"), in which he recommended that the district court withdraw the reference for this adversary proceeding for the limited purposes of opening a civil case and setting a date for a jury trial. [Dkt. no. 1-1.] Judge Faris also recommended that the district court leave the proceeding in the bankruptcy court for all other purposes until sixty days prior to the trial date to facilitate the prompt resolution of this matter and to allow the bankruptcy court to set meaningful deadlines for the completion of all pretrial matters. [Id. at 2.]

Having considered Judge Faris's Recommendation and good cause appearing therefore, this Court HEREBY WITHDRAWS the reference as detailed above. A Scheduling Conference to set a

trial date and deadlines for trial-related submissions shall be held before United States Magistrate Judge Barry M. Kurren on **Tuesday, November 4, 2014, at 9:30 a.m.** Judge Faris shall retain jurisdiction over the adversary proceeding for all other purposes until sixty days prior to the trial date to facilitate the prompt resolution of this matter and to set meaningful deadlines for the completion of all pretrial matters.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, October 8, 2014.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

GARY K. TAKATA, ETC. VS. GERTRUDE NGIT WUN UNG; CIVIL 14-00448 LEK-BMK; ORDER ADOPTING RECOMMENDATION TO DISTRICT COURT TO WITHDRAW REFERENCE IN ORDER TO SCHEDULE AND CONDUCT JURY TRIAL