Date Signed:
July 31, 2015



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF HAWAII

| In re:<br><br>GERTRUDE NGIT WUN UNG,<br><br>    Debtor. | Case No. 13-01881<br>Chapter 13 |
|---|---|
| GARY K. TAKATA, Trustee of the Laura Ngit Chau Ung Revocable Living Trust,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>GERTRUDE NGIT WUN UNG,<br><br>    Defendant and Counterclaimant. | Adversary Proceeding No. 14-90023<br><br>Civil No. 14-00448 LEK-BMK |

## RECOMMENDATION TO DISTRICT COURT
## TO EXTEND TIME TO WITHDRAW REFERENCE

Pursuant to the Rule 16 Scheduling Order entered in Civil No. 14-00448 on November 6, 2014, a jury trial in this adversary proceeding is set for September 29, 2015, and reference of the matter is to be withdrawn from the bankruptcy court 60 days prior to that date.

On July 24, 2015, I heard and orally granted motions for summary judgment in favor of the plaintiff and dismissal of the defendant's counterclaim and directed counsel to submit a proposed order. The entry of that order should effectively resolve this proceeding.

Due to delays in obtaining approval of the form of the order, the proposed order was not submitted until after business hours on July 30, 2015, one day before the date on which the reference is to be withdrawn. I need additional time to review and revise the proposed order.

Therefore, I request and recommend that the district court delay the withdrawal of reference until Wednesday, August 5, 2015, to permit entry of a written order.

**END OF RECOMMENDATION**