# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 14-00448LEK-BMK |
| CASE NAME: | Gary K. Takata, Trustee of the Laura Ngit Chau Ung Revocable Living Trust vs. Gertrude Ngit Wun Ung<br>In Re: Gertrude Ngit Wun Ung<br>Debtor; Case No. 13-01881 Chapter 13 |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 08/04/2015 | TIME: | |

COURT ACTION: EO: ORDER ADOPTING RECOMMENDATION TO DISTRICT COURT TO EXTEND TIME TO WITHDRAW REFERENCE

     On October 8, 2014, this Court issued its Order Adopting Recommendation to District Court to Withdraw Reference in Order to Schedule and Conduct Jury Trial ("10/8/14 Order"). [Dkt. no. 3.] The 10/8/14 Order provided that United States Bankruptcy Judge Robert J. Faris would "retain jurisdiction over the adversary proceeding for all other purposes until sixty days prior to the trial date to facilitate the prompt resolution of this matter and to set meaningful deadlines for the completion of all pretrial matters." [Id. at 2.] Trial in this matter is currently scheduled for September 29, 2015. Thus, the reference was scheduled to be withdrawn on July 31, 2015.

     Before this Court is Judge Faris's July 31, 2015 Recommendation to District Court to Extend Time to Withdraw Reference ("7/31/15 Recommendation"). [Dkt. no. 9.] It states that, on July 24, 2015, Judge Faris orally granted motions for summary judgment in favor of the plaintiff and for dismissal of the counterclaim. Counsel submitted a proposed order for Judge Faris's review on July 30, 2015, after business hours. Judge Faris recommends that this Court delay the withdrawal of reference until August 5, 2015, to allow him time to review, revise, and file the order. Judge Faris states that the order "should effectively resolve this proceeding." [Id. at 2.]

     For the reasons set forth therein, this Court HEREBY ADOPTS the 7/31/15 Recommendation and EXTENDS the date for the withdrawal of the reference until **August 5, 2015**.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager