**Date Signed:**
**August 19, 2015**



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>GERTRUDE NGIT WUN UNG,<br><br>Debtor. | Case No. 13-01881<br>Chapter 13 |
| GARY K. TAKATA, Trustee of the Laura Ngit Chau Ung Revocable Living Trust,<br><br>Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>GERTRUDE NGIT WUN UNG,<br><br>Defendant and Counterclaimant. | Adversary Proceeding No. 14-90023<br><br>Civil No. 14-00448 LEK-BMK |

### RECOMMENDATION TO DISTRICT COURT
### TO VACATE WITHDRAWAL OF REFERENCE

On August 4, 2015, I entered an order granting motions for summary judgment which disposed of all claims in the adversary proceeding.

Pursuant to an order of the District Court entered in Civil No. 14-00448 on August 4, 2015, the reference of this adversary proceeding was withdrawn.

After August 5, 2015, the plaintiff inquired about the submission of a separate final judgment.

On August 18, 2015, the defendant and counterclaimant filed in the bankruptcy court a motion for reconsideration of my order granting the summary judgment motions.

It would be more efficient for the bankruptcy court to address these matters rather than the district court. Because the reference has been withdrawn, however, the bankruptcy court cannot enter a final judgment or take any further action.

I recommend that the district court vacate the withdrawal of reference so that I may dispose of the motion for reconsideration and issue a final judgment.

## END OF RECOMMENDATION