# MINUTES

CASE NUMBER:      CIVIL NO. 14-00448LEK-BMK

CASE NAME:        Gary K. Takata, Trustee of the Laura Ngit Chau Ung Revocable Living Trust vs. Gertrude Ngit Wun Ung
In Re: Gertrude Ngit Wun Ung
Debtor; Case No. 13-01881 Chapter 13

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     08/24/2015                   TIME:

---

COURT ACTION:  EO: ORDER ADOPTING RECOMMENDATION TO DISTRICT COURT TO VACATE WITHDRAWAL OF REFERENCE

    On August 4, 2015, this Court issued an entering order that extended the date for the withdrawal of reference from July 31, 2015 to August 5, 2015.  [Dkt. no. 10.]  On August 4, 2015, United States Bankruptcy Judge Robert J. Faris transmitted his Order Granting Motions for Summary Judgment ("Summary Judgment Order").  [Dkt. no. 11.]

    Before this Court is Judge Faris's August 19, 2015 Recommendation to District Court to Vacate Withdrawal of Reference ("8/19/15 Recommendation").  [Dkt. no. 9.]  It recommends that this Court vacate the withdrawal of reference so that Judge Faris may: 1) dispose of the motion for reconsideration of the Summary Judgment Order, filed on August 18, 2015; and 2) issue a final judgment.

    For the reasons set forth therein, this Court HEREBY ADOPTS the 8/19/15 Recommendation and VACATES the withdrawal of reference until **November 24, 2015**.

    IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager